# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 18-30475 GH  
**Case Name:** BLAINE BUILDERS, LLC  

**Period Ending:** 12/31/18

**Trustee:** (550300)   DENNIS E. STEGNER  
**Filed (f) or Converted (c):** 02/21/18 (f)  
**§341(a) Meeting Date:** 04/20/18  
**Claims Bar Date:** 07/23/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account at Wright Patt Credit Union, xx | 20,754.00 | 20,754.00 | | 20,646.90 | FA |
| 2 | HP Laptop. Valuation Method: Recent cost | 150.00 | 150.00 | | 0.00 | FA |
| 3 | Dewalt transit. Valuation Method: Recent cost | 200.00 | 200.00 | | 0.00 | FA |
| 4 | deposit from Fanslow contract  (u) | 7,667.08 | 7,667.08 | | 0.00 | 7,667.08 |
| 5 | deposit from Bible Babtist contract  (u) | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 6 | deposit from Plain City Contract  (u) | 1,938.00 | 1,938.00 | | 0.00 | 1,938.00 |
| 6 | **Assets**  **Totals** (Excluding unknown values) | **$32,709.08** | **$32,709.08** | | **$20,646.90** | **$11,605.08** |

**Major Activities Affecting Case Closing:**

  collecting deposits belonging to debtor

**Initial Projected Date Of Final Report (TFR):** December 15, 2019            **Current Projected Date Of Final Report (TFR):** December 15, 2019

_____  
           January 21, 2019  
                   Date

/s/ DENNIS E. STEGNER  
_____  
DENNIS E. STEGNER

Printed: 01/21/2019 03:37 PM    V.14.14

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 18-30475 GH | | Trustee: | DENNIS E. STEGNER (550300) |
|---|---|---|---|---|
| Case Name: | BLAINE BUILDERS, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***4280 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 12/31/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/18 | {1} | Wright Pat credit Union | balance in checking account | 1129-000 | 20,646.90 | | 20,646.90 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20,636.90 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.69 | 20,608.21 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.61 | 20,576.60 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.58 | 20,546.02 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.76 | 20,530.26 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.55 | 20,511.71 |

|  |  | | |
|---|---|---|---|
| | **ACCOUNT TOTALS** | **20,646.90** | **135.19** | **$20,511.71** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | **20,646.90** | **135.19** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$20,646.90** | **$135.19** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9166** | 20,646.90 | 135.19 | 20,511.71 |
| | **$20,646.90** | **$135.19** | **$20,511.71** |

| | |
|---|---|
| January 21, 2019 | /s/ DENNIS E. STEGNER |
| _____ | _____ |
| Date | DENNIS E. STEGNER |

{} Asset reference(s)   Printed: 01/21/2019 03:37 PM   V.14.14